IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                                    CRIMINAL 12-0703CCC

ANGEL M. BERMUDEZ-CAPELL
Defendant

**ORDER**

Having considered the Report and Recommendation filed on January 9, 2013 (**docket entry 29**) on a Rule 11 proceeding of defendant Angel M. Bermúdez-Capell held before U.S. Magistrate Judge Bruce J. McGiverin on January 9, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 9, 2013.  The **sentencing hearing is set for April 9, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge